IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JOHN CORNELIUS FOWLER,<br>    Petitioner,<br><br>VS.<br><br>COLE JETER, Warden,<br>FCI-Fort Worth,<br>    Respondent. | §<br>§<br>§<br>§   CIVIL ACTION NO.4:06-CV-610-Y<br>§<br>§<br>§<br>§ |

ORDER ADOPTING
MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner John Cornelius Fowler under 28 U.S.C. § 2241, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on November 29, 2006; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on December 8, 2006.

The Court, after de novo review, concludes that Fowler's objections must be overruled, that the Respondent's motion to dismiss must be granted, and the petition for writ of habeas corpus under 28 U.S.C. § 2241 should be dismissed for lack of jurisdiction, for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

Respondent Jeter's motion to dismiss [docket no. 9] is GRANTED.

Fowler's petition for writ of habeas corpus under 28 U.S.C. § 2241 is DISMISSED for lack of jurisdiction.

SIGNED December 12, 2006.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE